McGREGOR W. SCOTT
United States Attorney
ROBIN R. TAYLOR
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2722



FILED

JAN 23 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN RE:   SEARCH WARRANT          )     Misc no.
                                 )
                                 )     2:06-SW-0010  GGH
                                 )
                                 )
                                 )
                                 )     SEALING ORDER
                                 )
                                 )

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the documents filed in the above-captioned matter by and are hereby ordered sealed until further order of this Court.

DATED: Jan 23, 2006

                              _____
                              GREGORY G. HOLLOWS
                              HONORABLE GREGORY G. HOLLOWS
                              U.S. Magistrate Judge

2