```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CHRISTINE WATSON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2782
```

FILED
MAR 2 3 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | MISC NO. SW 06-0010 GGH |
| 5625 DALHART WAY, SACRAMENTO CALIFORNIA 95835-1536 | APPLICATION AND ORDER TO UNSEAL SEARCH WARRANT AND APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

The United States previously made an <u>ex parte</u> application for an order sealing the search warrant and the application and affidavit for search warrant in the above-captioned matter. Pursuant to that application, this Court entered an order sealing those documents.

On March 21, 2006, Xiaohui Wu, the defendant in criminal case number 06-0053 GGH, was arrested on an arrest warrant issued on the complaint, which was filed on February 17, 2006, and charged her with mail fraud and fraud in connection with access devices. The defendant will be arraigned on March 23, 2006. There is no reason for the search warrant and application to remain under seal. In light of this, the United States asks that the search warrant and application and affidavit for search

1

1 | warrant be unsealed.

2 | **ORDER**

3 | Upon application of the United States of America and
4 | good cause having been shown,

5 | IT IS HEREBY ORDERED that the documents in the above
6 | referenced case shall be unsealed.

9 | DATED: March 22, 2006

**GREGORY G. HOLLOWS**
Hon. Gregory G. Hollows
United States Magistrate Judge